1   RICHARD B. WOLF, SB#046173
        E-Mail: wolf@lbbslaw.com
2   JON P. KARDASSAKIS, SB# 90602
        E-Mail: kardassakis@lbbslaw.com
3   ELISE D. KLEIN, SB# 111712
        E-Mail: klein@lbbslaw.com
4   SCOTT LEE, SB#204564
        E-Mail: slee@lbbslaw.com
5   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    221 North Figueroa Street, Suite 1200
6   Los Angeles, California  90012
    Telephone: (213) 250-1800
7   Facsimile: (213) 250-7900

8   Attorneys for Defendants Leading Insurance
    Group Insurance Co., Ltd. (United States Branch)
9   (erroneously sued as LG Insurance Co., Limited
    (United States Branch); LIG Insurance Co., Ltd,
10  which will do business in California as Leading
    Insurance Company (United States Branch); LIG
11  Insurance Co., Ltd., United States Branch dba Leading
    Insurance Company (United States Branch);
12  LG Insurance Co., Ltd; LG Insurance; LIG
    Insurance; LG Insurance Company; and LIG
13  Insurance), and Leading Insurance Services, Inc.
    (erroneously sued as LIG Management Services, Ltd.
14  and LIG Management Services, Inc.)

15

16                    UNITED STATES DISTRICT COURT

17        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

19  CLASSIC YARN CO., INC.; dba            ) CASE NO. CV 09-3320 R (CWx)
    RITEKNIT, INC. and/or RITE KNITS;      ) The Hon. Manuel L. Real
20  MODERN KNITRIM, INC.; and              ) Dept. 8
    DAVID PARK ,                           )
21                                         )
    Plaintiffs,                            ) **ORDER GRANTING LEADING'S**
22                                         ) **MOTION TO DISMISS PURSUANT**
    v.                                     ) **TO RULE 12(b)(6) AND 9(b),**
23                                         ) **FEDERAL RULES OF CIVIL**
    LG INSURANCE CO., LIMITED              ) **PROCEDURE AND MOTION TO**
24  (UNITED STATES BRANCH); LIG            ) **STRIKE PURSUANT TO RULE 12(f)**
    INSURANCE CO., LTD, WHICH WILL )
25  DO BUSINESS IN CALIFORNIA AS           )
    LEADING INSURANCE COMPANY              )
26  (UNITED STATES BRANCH); LIG            ) Date:    July 6, 2009
    INSURANCE CO., LTD., UNITED            ) Time:    10:00 a.m.
27  STATES BRANCH dba LEADING              ) Ctrm:    8
    INSURANCE COMPANY (UNITED              )
28  STATES BRANCH); LG INSURANCE           )
    CO., LTD; LG INSURANCE; LIG            )

4851-2991-8724.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  INSURANCE; LG INSURANCE )
   COMPANY; LIG INSURANCE )
2  COMPANY; LIG MANAGEMENT; )
   LIG MANAGEMENT SERVICES, )
3  LTD; LIG MANAGEMENT )
   SERVICES, INC.; RISK ENTERPRISE )
4  MANAGEMENT; RISK ENTERPRISE )
   MANAGEMENT COMPANY; )
5  LEADING INSURANCE SERVICES, )
   INC; US MANAGER FOR LEADING )
6  INSURANCE GROUP INSURANCE )
   CO. LTD; LIG; ALPHA-OMEGA )
7  INSURANCE MARKETING, INC.; )
   GREER & KIRBY CO., INC.; )
8  ASSOCIATED INSURANCE )
   ADJUSTERS, INC.; ISO PROPERTIES, )
9  INC.; and DOES 1 through 500, )
   inclusive, )
10                                  )
                Defendants.         )
11  _____ )

12

13          On July 6, 2009, the motion to dismiss, pursuant to Rules 9 and 12(b)(6) of the

14  Federal Rules of Civil Procedure, and the motion to strike, pursuant to Rule 12(f),

15  Federal Rules of Civil Procedure, brought by defendants Leading Insurance Group

16  Insurance Co., Ltd. (United States Branch) ("Leading Insurance Group") (erroneously

17  sued as LG Insurance Co., Limited (United States Branch); LIG Insurance Co., Ltd,

18  which will do business in California as Leading Insurance Company (United States

19  Branch); LIG Insurance Co., Ltd., United States Branch dba Leading Insurance

20  Company (United States Branch); LG Insurance Co., Ltd; LG Insurance; LIG

21  Insurance; LG Insurance Company; and LIG Insurance), and Leading Insurance

22  Services, Inc. ("Leading Insurance Services") (erroneously sued as LIG Management

23  Services, Ltd. and LIG Management Services, Inc.) (hereinafter, "Leading") came on

24  for hearing before the Hon. Manuel L. Real, Judge, presiding in Courtroom 8 of the

25  above Court.  Steven Zelig, Esq. appeared for plaintiffs, Richard B. Wolf  and Jon P.

26  Kardassakis, Esq. appeared for Leading, Margaret R. Miglietta, Esq. appeared for

27  defendant Greer & Kirby, Michael Didszun, Esq. appeared for defendant Associated

28  Insurance Adjusters, Kelly Beck appeared for Risk Enterprise Management, Mark

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-2991-8724.1                    -2-
[PROPOSED] ORDER GRANTING LEADING'S MOTION TO DISMISS

Kiefer appeared for defendant Alpha-Omega Insurance Marketing, Inc.

The Court, having read the moving papers filed by Leading, the Notice of Intent to File an Amended Complaint filed by plaintiffs, no opposition to the motion to dismiss or motion to strike having been filed, and no amended complaint having been filed before the hearing,

Based on the motion and oral argument, and good cause appearing, IT IS ORDERED:

1. Because only Classic Yarn Co., Inc. was a named insured under the insurance policy at issue in this action, and reformation is unavailable here, all claims of Riteknit, Modern Knitrim and David Park are dismissed with prejudice.

2. Each claim for relief against Leading Insurance Services is dismissed with prejudice, on the ground that it did not insure Classic Yarn Co., Inc. or any other plaintiff.

3. Plaintiffs' third claim for relief, for fraud in the inducement, is dismissed with prejudice.

4. Plaintiffs' fourth claim for relief, for negligent misrepresentation, is stricken or, in the alternative, dismissed with prejudice.

5. Plaintiffs' fifth claim for relief, for "negligence by insurance agent," is dismissed with prejudice on the ground that Leading is not an insurance agent, and insurers' liability in tort is found in the implied covenant of good faith and fair dealing, not negligence.

6. Plaintiffs' sixth claim for relief, for "breach of contract by insurance agent," is dismissed with prejudice on the ground that Leading is not an insurance agent.

7. Plaintiffs' seventh claim for relief, for reformation, is dismissed with prejudice.

///

8. Plaintiffs' eighth claim for relief, for intentional interference with

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  contract, is dismissed with prejudice on the ground that only a stranger to the contract

2  can interfere with a contract.

3      9.    Plaintiffs' ninth claim for relief, for negligent interference with contract,

4  is dismissed with prejudice on the grounds that only a stranger to the contract can

5  interfere with the contract, and there is no recognized claim for relief for negligent

6  interference with contract in any event.

7      10.   Park's tenth claim for relief, for intentional infliction of emotional

8  distress, is dismissed with prejudice because, as a matter of law, the alleged conduct

9  is not sufficiently outrageous to support this claim for relief.

10     11.   The motion to strike is granted in its entirety, with prejudice.

11     12.   The motions are granted on their merits and also on the ground that

12  plaintiffs failed to file opposition to the motions, which under Local Rule 7-9 and 7-

13  12 may be deemed consent to granting them.

14

15

16  Dated:  July 15, 2009.     _____

17                                  The Honorable Manuel L. Real
                                   United States District Court

18

19

20

21

22

23

24

25

26

27

28



[PROPOSED] ORDER GRANTING LEADING'S MOTION TO DISMISS