LINDAHL BECK LLP
Kelley K. Beck, Esq. (SBN 089030)
  kbeck@lindahlbeck.com
660 S. Figueroa Street
Suite 1500
Los Angeles, California  90017-3457
(213) 488-3900
(213) 486-9883 Facsimile

Attorneys for Defendant
RISK ENTERPRISE MANAGEMENT LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLASSIC YARN CO., INC.; dba RITEKNIT, INC. and/or RITE KNITS; MODERN KNITRIM, INC.; and DAVID PARK, <br><br>              Plaintiffs, <br><br> v. <br><br> LG INSURANCE CO., LIMITED (UNITED STATES BRANCH); LIG INSURANCE CO., LTD, WHICH WILL DO BUSINESS IN CALIFORNIA AS LEADING INSURANCE COMPANY (UNITED STATES BRANCH); LIG INSURANCE CO., LTD., UNITED STATES BRANCH dba LEADING INSURANCE COMPANY (UNITED STATES BRANCH); LG INSURANCE CO., LTD; LG INSURANCE; LIG INSURANCE; LG INSURANCE COMPANY; LIG INSURANCE COMPANY; LIG MANAGEMENT; LIG MANAGEMENT SERVICES, LTD; LIG MANAGEMENT SERVICES, INC.; RISK ENTERPRISE MANAGEMENT; RISK ENTERPRISE MANAGEMENT COMPANY; LEADING INSURANCE SERVICES, INC; US MANAGER FOR LEADING INSURANCE GROUP INSURANCE CO. LTD; LIG; ALPHA-OMEGA INSURANCE MARKETING, INC.; | CASE NO.  CV 09-3320 R (CWx) <br><br> The Hon. Manuel L. Real <br> Dept. 8 <br><br> **[PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED** <br><br> Date:   July 6, 2009 <br> Time:  10:00 a.m. <br> Crtrm: 8 |

1

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA  90017-3457
(213) 488-3900

[PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED

| | |
|---|---|
| 1<br>2<br>3<br>4 | GREER & KIRBY CO., INC.; ASSOCIATED INSURANCE ADJUSTERS, INC.; ISO PROPERTIES, INC.; and DOES 1 through 500, inclusive,,<br><br>Defendants. |

5

6    This court having granted the Motion to Dismiss on behalf of

7  Defendant Risk Enterprise Management Limited, also erroneously referred to in the

8  complaint as Risk Enterprise Management and Risk Enterprise Management

9  Company, with prejudice as to each cause of action alleged against it, concludes

10 there is no remaining factual or legal basis for such defendant remaining in this

11 action.

12   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED

13 THAT:

14   1.   Plaintiffs, CLASSIC YARN CO., INC.; dba RITEKNIT, INC.

15 and/or RITE KNITS; MODERN KNITRIM, INC.; and DAVID PARK shall take

16 nothing by reason of their complaint and that this action be dismissed on the merits

17 as against defendant Risk Enterprise Management Limited.

18   2.   Defendant, Risk Enterprise Management, Limited is entitled to

19 recover its costs.

20

21

22 DATED: July        2009

23

24

25                    _____
                     Honorable Manuel L. Real
26                   United States District Court

27

28

2

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

[PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED

# PROOF OF SERVICE

STATE OF CALIFORNIA      }
                         }
COUNTY OF LOS ANGELES    }

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 South Figueroa Street, Suite 1500, Los Angeles, California 90017-3457.

On July 13, 2009, I served the foregoing document described as *[PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED,* on all interested parties by placing the true copies thereof enclosed in a sealed envelope addressed as follows:

**(SEE ATTACHED SERVICE LIST)**

[X]   **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]   **BY FACSIMILE:** I faxed a copy of said document to all parties where indicated to the FAX number which is printed under each address on this Proof of Service.

[ ]   **BY FEDERAL EXPRESS:** The envelopes were designated overnight delivery and were picked up at our office with delivery fees prepaid for.

[ ]   **E-MAIL:** I caused such document to be sent via E-mail to the parties listed on this Proof of Service.

[X]   (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 13, 2009, at Los Angeles, California.

June Y. Lenssen

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

PROOF OF SERVICE


# SERVICE LIST
## United States District Court, Central District of California
### Case No. CV09-3320 R (CWx)

| | |
|---|---|
| Steven L. Zelig, Esq.<br>BRENTWOOD LEGAL SERVICES, LLP<br>11661 San Vicente Blvd., Suite 1015<br>Los Angeles, CA  90049<br>Telephone:  (310) 442-6042<br>Facsimile:   (310) 442-6052 | Attorney for Plaintiffs (As to All Claims) |
| Thomas A. Foster<br>MARRONE, ROBINSON, FREDERICK, FOSTER<br>111 North First Street, Suite 300<br>Burbank, CA  91501-1851<br>Telephone: (818) 841-1144<br>Facsimile:   (818) 841-0746 | Attorneys for Defendants, LIG, Leading and LG entities |
| Jennifer L. Ramsden<br>CUMMINS & WHITE<br>2424 S. E. Bristol Street, Suite 300<br>Newport Beach, CA  92660-0757<br>Telephone: (949) 852-1800<br>Facsimile:   (949) 852-8510 | Attorneys for Defendants, Greer & Kirby Co., Inc. |
| Richard B. Wolf<br>Jon P. Kardassakis<br>Elise D. Klein<br>Scott Lee<br>LEWIS BRISBOIS BISGAARD & SMITH<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA  90012<br>Telephone: (213) 250-1800<br>Facsimile:  (213) 250-7900 | Attorneys for Defendants, Leading Insurance Group Insurance Co., Ltd. (United States Branch) erroneously sued as LG Insurance Co., Limited (United States Branch); LIG Insurance Co., Ltd, which will do business in California as Leading Insurance Company (United States Branch) dba Leading Insurance Company (United States Branch); LG Insurance Co., Ltd; LG Insurance; LIG Insurance; LG |

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

PROOF OF SERVICE

|   |                                                                                                                                                                                    |
|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | **Insurance Company; and LIG Insurance, and Leading Insurance Services, Inc. (erroneously sued as LIG Management Services, Ltd. and LIG Management Services, Inc.)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

PROOF OF SERVICE