No JS-6

1  LINDAHL BECK LLP
   Kelley K. Beck, Esq. (SBN 089030)
2    kbeck@lindahlbeck.com
   660 S. Figueroa Street
3  Suite 1500
   Los Angeles, California 90017-3457
4  (213) 488-3900
   (213) 486-9883 Facsimile
5
   Attorneys for Defendant
6  RISK ENTERPRISE MANAGEMENT LIMITED



FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLASSIC YARN CO., INC.; dba RITEKNIT, INC. and/or RITE KNITS; MODERN KNITRIM, INC.; and DAVID PARK, <br><br> Plaintiffs, <br><br> v. <br><br> LG INSURANCE CO., LIMITED (UNITED STATES BRANCH); LIG INSURANCE CO., LTD, WHICH WILL DO BUSINESS IN CALIFORNIA AS LEADING INSURANCE COMPANY (UNITED STATES BRANCH); LIG INSURANCE CO., LTD., UNITED STATES BRANCH dba LEADING INSURANCE COMPANY (UNITED STATES BRANCH); LG INSURANCE CO., LTD; LG INSURANCE; LIG INSURANCE; LG INSURANCE COMPANY; LIG INSURANCE COMPANY; LIG MANAGEMENT; LIG MANAGEMENT SERVICES, LTD; LIG MANAGEMENT SERVICES, INC.; RISK ENTERPRISE MANAGEMENT; RISK ENTERPRISE MANAGEMENT COMPANY; LEADING INSURANCE SERVICES, INC; US MANAGER FOR LEADING INSURANCE GROUP INSURANCE CO. LTD; LIG; ALPHA-OMEGA INSURANCE MARKETING, INC.; | CASE NO. CV 09-3320 R (CWx) <br><br> The Hon. Manuel L. Real <br> Dept. 8 <br><br> [PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED <br><br> Date: July 6, 2009 <br> Time: 10:00 a.m. <br> Crtrm: 8 |

1

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

[PROPOSED] JUDGMENT AS TO DEFENDANT RISK ENTERPRISE MANAGEMENT LIMITED

| | |
|---|---|
| 1<br>2<br>3<br>4 | GREER & KIRBY CO., INC.;<br>ASSOCIATED INSURANCE<br>ADJUSTERS, INC.; ISO<br>PROPERTIES, INC.; and DOES 1<br>through 500, inclusive,,<br>      Defendants. |

This court having granted the Motion to Dismiss on behalf of Defendant Risk Enterprise Management Limited, also erroneously referred to in the complaint as Risk Enterprise Management and Risk Enterprise Management Company, with prejudice as to each cause of action alleged against it, concludes there is no remaining factual or legal basis for such defendant remaining in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

    1.    Plaintiffs, CLASSIC YARN CO., INC.; dba RITEKNIT, INC. and/or RITE KNITS; MODERN KNITRIM, INC.; and DAVID PARK shall take nothing by reason of their complaint and that this action be dismissed on the merits as against defendant Risk Enterprise Management Limited.

    2.    Defendant, Risk Enterprise Management, Limited is entitled to recover its costs.

DATED: July 27 2009

                                        Honorable Manuel L. Real
                                        United States District Court

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900